## (March 23, 1942.)

AMEX ASPHALT CORPORATION and M. E. GLASS, Appellants, v. THE CITY OF NEW YORK, Respondent.— Plaintiffs' motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 968.] The following question is certified: Should the plaintiffs' motion to strike out the third defense of the amended answer have been granted? Defendant's motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 968.] The following question is certified: Should the plaintiffs' motion to strike out the first defense of the amended answer have been granted? Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

CLIFTON MATTRESS COMPANY, INC., Respondent, v. ANDRE LETEVE and RAY LANGERE, Doing Business under the Firm Name and Style of CIRCLE MOTOR SALES & SERVICE, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

COUNTY SECURITIES, INC., Respondent, v. WARWICK PROPERTIES, INC., and Another, Defendants, and CITY OF MOUNT VERNON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

EDWARD J. FITZGERALD and Another, as Executors, etc., of ANNIE FITZGERALD, Deceased, Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Plaintiffs may not be barred from instituting a new action for fraud. (*Schenck* v. *State Line Telephone Co.*, 238 N. Y. 308, 311.) Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Real Property Extending from the Marginal Street, Wharf or Place at East 92d Street, in the Borough of Brooklyn, to the Sunrise Highway, in the Borough of Queens, to Be Known as Shore Parkway, Duly Selected as a Site for Park Purposes and Approved According to Law. BOARDWALK STORES CORPORATION, Respondent, Appellant; THE CITY OF NEW YORK, Appellant, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.